IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| OBIE EARL TUTT, II, #02105206 | § | |
| | § | CIVIL ACTION NO. 2:19cv245 |
| VS. | | CONSOLIDATED WITH |
| | § | CIVIL ACITON 2:19cv295 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner Obie Earl Tutt, II, a prisoner confined at the Coffield Unit within the Texas Department of Criminal Justice (TDCJ) proceeding *pro se*, filed these federal petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging 2016 convictions from Upshur County, Texas. The petitions were referred to United States Magistrate Judge Roy S. Payne for findings of fact, conclusions of law, and recommendations for the disposition of the petition. Petitioner's cases were consolidated into one lead case.

On June 7, 2022, Judge Payne issued a Report, (Dkt. #19), recommending that Petitioner's habeas petition be denied, the case dismissed with prejudice, and that Petitioner be denied a certificate of appealability *sua sponte*. A copy of this Report was sent to Petitioner at his address, with an acknowledgment card. The docket reflects that Petitioner received a copy of the Report on June 15, 2022, (Dkt. #20). However, to date and with the benefit of additional time, Petitioner has not filed objections to the Report and has not communicated with the Court since January 2021.

Because objections to Judge Payne's Report have not been filed, Petitioner is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual

findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (holding that where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly, it is

**ORDERED** that the Report of the United States Magistrate Judge, (Dkt. #19), is **ADOPTED** as the opinion of the Court. Further, it is

**ORDERED** that the above-styled habeas action is **DENIED** and this civil proceeding is **DISMISSED**, with prejudice. Petitioner is further **DENIED** a certificate of appealability *sua sponte*. Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**So ORDERED and SIGNED this 13th day of July, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE